# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00734-CR

**Bruce Wayne Harkey, Appellant**

**v.**

**State of Texas, Appellee**

## FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
## NO. 5731, HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due January 5, 2015. On counsel's motions, the time for filing was extended to April 15, 2015. Appellant's counsel has now filed a third motion requesting that the Court extend the time for filing appellant's brief to May 15, 2015. We grant the motion for extension of time and order appellant to file a brief no later than May 15, 2015. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 23rd day of April, 2015.

Before Chief Justice Rose, Justices Goodwin and Field

Do Not Publish